IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SCOTT NELSON,

    Plaintiff,

v.                                                                           No. 1:19-cv-01047-JDB-jay

JOHN C. SIMS and
HAWGS N HILLBILLIES BIKER BAR,

    Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

Before the Court is the October 11, 2019, report and recommendation of Magistrate Judge John A. York, recommending that this Court find Defendant, Hawgs N Hillbillies Biker Bar ("Hawgs"), is liable to Plaintiff, Scott Nelson, and enter a default judgment against this Defendant.[1] (Docket Entry "D.E." 48.) Judge York also recommended that the Court reserve ruling on damages against Hawgs until the trial in this matter is held. (*Id.*) No objections to the magistrate judge's report and recommendation have been filed, and the time for such objections has expired. Therefore, upon review of the record and the magistrate judge's report and recommendation, the Court ADOPTS Judge York's report and recommendation.

IT IS SO ORDERED this 7th day of November 2019.

                                                                 s/ J. DANIEL BREEN
                                                                 UNITED STATES DISTRICT JUDGE

---

[1] On March 4, 2019, Plaintiff initiated this suit against Defendants, John C. Sims and Hawgs. (D.E. 1.) Service was effectuated on Hawgs on April 24, 2019. (D.E. 30.) After Defendant failed to respond or otherwise defend itself, the Clerk of Court entered a default against Hawgs pursuant to Federal Rule of Civil Procedure 55(a). (D.E. 35.) Plaintiff then moved for default judgment against Defendant, (D.E. 37), which this Court referred to the magistrate judge on July 24, 2019, (D.E. 38).